BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-mc-00009-MCE-EFB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $19,980.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Alexander Hicks ("claimant"), by and through their respective counsel, as follows:

1.      On or about October 29, 2015, claimant filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $19,980.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about August 8, 2015.

2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was January 27, 2016.

    4.    By Stipulation and Order filed January 28, 2016, the parties stipulated to extend to February 26, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

    5.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 28, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

    6.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to March 28, 2016.

Dated: 2/24/16                                   BENJAMIN B. WAGNER  
                                           United States Attorney

                               By:    /s/ Kevin C. Khasigian  
                                               KEVIN C. KHASIGIAN  
                                               Assistant U.S. Attorney

Dated: 2/24/16                                   /s/ Jacek W. Lentz  
                                               JACEK W. LENTZ  
                                               Attorney for claimant Alexander Hicks

                                               (Authorized by phone)

    **IT IS SO ORDERED**.

Dated:  February 29, 2016

                                               MORRISON C. ENGLAND, JR., CHIEF JUDGE  
                                               UNITED STATES DISTRICT COURT