1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11  | UNITED STATES OF AMERICA, | 2:16-mc-00009-MCE-EFB |
    |---|---|
12  | Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
13  | v. | |
14  | APPROXIMATELY $19,980.00 IN U.S. CURRENCY, | |
15  | | |
16  | Defendant. | |

17
18         It is hereby stipulated by and between the United States of America and potential claimant
19  Alexander Hicks ("claimant"), by and through their respective counsel, as follows:
20         1.      On or about October 29, 2015, claimant filed a claim in the administrative forfeiture
21  proceeding with the Federal Bureau of Investigation with respect to the Approximately $19,980.00 in
22  U.S. Currency (hereafter "defendant currency"), which was seized on or about August 8, 2015.
23         2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required
24  by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a
25  claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant
26  has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.
27         3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
28  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was January 27, 2016.

   4.  By Stipulation and Order filed January 28, 2016, the parties stipulated to extend to February 26, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

   5.  By Stipulation and Order filed March 1, 2016, the parties stipulated to extend to March 28, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

   6.  By Stipulation and Order filed March 30, 2016, the parties stipulated to extend to April 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

   7.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 27, 2016.

Dated: 4/25/16

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/22/16

/s/ Jacek W. Lentz
JACEK W. LENTZ
Attorney for claimant Alexander Hicks

(Authorized by email)

**IT IS SO ORDERED**.

Dated: May 4, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT