PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-MC-00009-MCE-EFB |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $19,980.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Alexander Hicks ("claimant"), by and through their respective counsel, as follows:

1. On or about October 29, 2015, claimant filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $19,980.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about August 8, 2015.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
2  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the
3  parties.  That deadline was January 27, 2016.

4    4.      By Stipulation and Order filed January 28, 2016, the parties stipulated to extend to
5  February 26, 2016, the time in which the United States is required to file a civil complaint for forfeiture
6  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
7  subject to forfeiture.

8    5.      By Stipulation and Order filed March 1, 2016, the parties stipulated to extend to March
9  28, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the
10 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
11 forfeiture.

12    6.      By Stipulation and Order filed March 30, 2016, the parties stipulated to extend to April
13 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the
14 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
15 forfeiture.

16    7.      By Stipulation and Order filed May 5, 2016, the parties stipulated to extend to May 27,
17 2016, the time in which the United States is required to file a civil complaint for forfeiture against the
18 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
19 forfeiture.

20    8.      By Stipulation and Order filed June 2, 2016, the parties stipulated to extend to June 27,
21 2016, the time in which the United States is required to file a civil complaint for forfeiture against the
22 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
23 forfeiture.

24    9.      By Stipulation and Order filed June 30, 2016, the parties stipulated to extend to July 27,
25 2016, the time in which the United States is required to file a civil complaint for forfeiture against the
26 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
27 forfeiture.

28    10.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend

to August 26, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 26, 2016.

Dated: 7/27/16         PHILLIP A. TALBERT
                       Acting United States Attorney

                 By:   /s/ Kevin C. Khasigian
                       KEVIN C. KHASIGIAN
                       Assistant U.S. Attorney

Dated: 7/27/16         /s/ Jacek W. Lentz
                       JACEK W. LENTZ
                       Attorney for claimant Alexander Hicks

                       (Authorized by text)

**IT IS SO ORDERED**.

Dated: July 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE